IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EUGENE CHICCO REDSTAR, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>Defendant. | CV 21-39-BLG-TJC<br><br>**ORDER GRANTING MOTION TO AMEND BRIEFING SCHEDULE** |

Defendant has filed an unopposed motion to amend the briefing schedule. (Doc. 19.) Good cause appearing, **IT IS ORDERED** that Defendant's responsive brief shall be filed no later than February 3, 2022. Plaintiff's reply brief, if any, must be filed within fourteen (14) days after Defendant's response brief is filed.

DATED this 22nd day of December, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge