IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EUGENE CHICCO REDSTAR, JR., | CV 21-39-BLG-TJC |
| Plaintiff, | |
| vs. | **ORDER** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).  On remand, the Administrative Law Judge will:

(1)	Offer Plaintiff the opportunity for a new hearing;

(2)	Further consider the opinion evidence, including the opinion of Hans Bone, PAC, pursuant to 20 C.F.R. §§ 404.1520c and 416.920c; and

(3)	Reevaluate the claimant's subjective testimony, reevaluate the claimant's residual functional capacity, continue with the sequential evaluation, obtain vocational expert testimony, and issue a new decision.

/ / /

/ / /

1

Upon proper application, Plaintiff may seek an award of reasonable attorney

fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 7th day of January, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge