UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EUGENE CHICCO REDSTAR, JR., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION , <br><br> Defendant. | Case No. CV-21-039-BLG-TJC <br><br> JUDGMENT IN A CIVIL CASE |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 __X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that the Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

   Dated this 7th day of January 2022.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ Heidi Gauthier
                                      Heidi Gauthier, Deputy Clerk