IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EUGENE CHICCO REDSTAR, JR., <br><br>Plaintiff, <br><br>vs. <br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, <br><br>Defendant. | CV 21-39-BLG-TJC <br><br>**ORDER** |

On January 7, 2022, the Court remanded this case to the Commissioner for further administrative proceedings. (Doc. 22.) That same day, the Clerk of Court entered a separate judgment. (Doc. 23.)

The parties have now filed a stipulation for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"). (Doc. 24.) The parties stipulate to an award to Plaintiff of $4,600.00 in attorney's fees.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees in the amount of $4,600.00 in full satisfaction and settlement of any and all claims Plaintiff may have under the EAJA in this case, and will satisfy all of Plaintiff's claims for fees, costs and expenses under 28 U.S.C. § 2412 in this case. This award is subject to offset to satisfy any preexisting debt that Plaintiff owes the United States pursuant

1

to *Astrue v. Ratliff*, 560 U.S. 586 (2010) and the Treasury Offset Program, 31 U.S.C. § 3716. If the government determines Plaintiff does not owe a federal debt, then the government shall cause the payment of the award to be made directly to Plaintiff's counsel.

DATED this 1st day of April, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge